# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No.    18-33542 |
| | * | |
| Rebecca M. Longstreath | * | Chapter 13 (Judge Humphrey) |
| | * | |
| | *WITHDRAWAL OF | |
| Debtor | *OBJECTION TO PROOF OF CLAIM | |
| | *FILED ON   JUNE 13, 2019 | |
| | *(DOCKET NO. 36) | |

------------------------------------------------------------

      Now comes Andrew J. Zeigler, Case Attorney for the Debtor, and hereby withdraws the Objection to Proof of Claim filed on June 13, 2019 (Docket No. 36).

      Respectfully submitted,

/s/   Andrew J. Zeigler
Andrew J. Zeigler, #0081417
Case Attorney for Debtor
1340 Woodman Drive
Dayton, Ohio  45432
(937) 252-2030
(937) 252-9425 (FAX)
Email:  andrew@kzlawohio.com

## CERTIFICATE OF SERVICE

I hereby certify that on   May 7, 2020, a copy of the foregoing Withdrawal of Objection to Proof of Claim was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court.

John G. Jansing, Chapter 13 Trustee
U.S. Trustee
SN Servicing Corporation c/o Jon J. Lieberman

And on the following by ordinary U.S. Mail, postage prepaid, on     May 7, 2020 addressed to:

Rebecca M. Longstreath, 1508 S. Longview Street, Beavercreek, Ohio  45432

U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501

Andrew Cecere, CEO and President, U.S. Bank Trust National Association, 425 Walnut Street, Cincinnati, Ohio  45202

SN Servicing Corporation as a Foreign Corporation c/o The Prentice Hall Corporation System, Inc., 50 West Broad Street, Suite 1330, Columbus, Ohio  43215


/s/  Andrew J. Zeigler _____
Andrew J. Zeigler